```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                  Case No. 13-cr-008-PB

**Peter Maina**

### O R D E R

The defendant has moved to continue the March 5, 2013 trial in the above case for a period of 30 days, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from March 5, 2013 to April 2, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 20, 2013 final pretrial conference is continued to March 25, 2013 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 11, 2013

cc: Adam H. Bernstein, Esq.
Robert Kinsella, AUSA
United States Marshal
United States Probation